UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERTO BATISTA SANTILLANA, A-244-224-961,

Petitioner,

v.

WARDEN, CALIFORNIA CITY DETENTION FACILITY, et al.,

Respondents.

No. 1:26-cv-05396-TLN-CKD P

ORDER

Petitioner proceeds without counsel and seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner paid the filing fee. The court has conducted a preliminary review of the petition.

Good cause appearing, IT IS ORDERED as follows:

1. Pursuant to 28 U.S.C. § 2243, respondents shall file a response to the petition within seven (7) days of the date of this order and shall include with the response any and all transcripts or other documents relevant to the determination of the issues presented in the habeas application.

////

////

////

2. Petitioner's optional reply/traverse to an answer or opposition to a motion to dismiss, if any, is due within ten (10) days after being served with a copy of respondents' response.

Dated: July 16, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 sant5396.res